# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard White,<br><br>        Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America, et al.,<br><br>        Defendants. | No. CV-18-01517-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss with Prejudice. (Doc. 19.) For good cause shown,

**IT IS ORDERED** dismissing this case with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 10th day of June, 2019.

_____
Douglas L. Rayes
United States District Judge